JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> MOHAMMAD ABBUSHI, ) <br> ) <br>    Defendant. ) <br> ) <br> ) | No. CR 09-00466 DLJ <br><br> STIPULATION AND **ORDER** RE CONTINUANCE OF SENTENCING HEARING |

     The above named defendant is currently scheduled for sentencing in this case on September 25, 2009.  Given the complexity of the case and the volume of evidence, the Probation Officer has asked that the sentencing be continued to November 6, 2009, or as soon

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING
CR 09-00466 DLJ

1  thereafter as the Court is available.  For this reason, the parties stipulate and jointly request that
2  the sentencing be continued to November 6, 2009.
3
4  SO STIPULATED.
5
                   JOSEPH P. RUSSONIELLO
   United States Attorney
6
7  Dated:   7/23/2009                                   /s/
                                                 KESLIE STEWART
8                                                Assistant United States Attorney
9
   SO STIPULATED.
10
   Dated:   7/22/2009                                   /s/
11                                               HARRIS TABACK
                                                 Attorney for Defendant Basheer Ammari
12
13
14
15  IT IS SO ORDERED.
16
    Dated: July 23, 2009
17                                               THE HON. D. LOWELL JENSEN
                                                 United States District Court
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE SENTENCING
CR 09-00466 DLJ